# MODIFICATION OF OPINION.

[Civ. No. 1420.    Third Appellate District.—January 7, 1916.]

B. F. LYNIP, Respondent, v. ALTURAS SCHOOL
DISTRICT OF MODOC COUNTY et al., Appellants.

OPINION AS REPORTED IN 29 CAL. APP. 158, MODIFIED.

After the rendition of the opinion in the above-entitled case,
as the same is reported in 29 Cal. App. 158, the district court
of appeal of the third appellate district, on January 7, 1916,
made the following modification thereof:

THE COURT.—It was unnecessary to pass upon the merits
of the case, and as we have reached the conclusion that fur-
ther consideration of the matter should not be foreclosed,
that the portion of the opinion commencing with the words,
"Moreover upon the merits," and extending to and inclusive
of the word "guarantors," at the close of the opinion, is with-
drawn.